People v McIver (2022 NY Slip Op 50881(U))

[*1]

People v McIver (Rondell)

2022 NY Slip Op 50881(U) [76 Misc 3d 130(A)]

Decided on September 19, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 19, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570614/18

The People of the State of New York,
Respondent,
against
Rondell McIver, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Barbara F. Newman, J.H.O.), rendered May 2, 2018, convicting him, upon a plea
of guilty, of violating Public Health Law § 229, and imposing sentence.

Per Curiam.
Judgment of conviction (Barbara F. Newman, J.H.O.), rendered May 2, 2018, affirmed.
Our review of the record indicates that defendant's guilty plea to a violation, in exchange for
a $75 fine, was entered knowingly, voluntarily and intelligently with the aid of counsel and after
the court sufficiently advised defendant of the constitutional rights he would be giving up by
pleading guilty, including the right to a trial, to remain silent, and to question witnesses (see
People v Conceicao, 26 NY3d 375, 383 [2015]; People v Sougou, 26 NY3d 1052
[2015]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 19, 2022